# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PETER BARRAGAN,

        Petitioner,

v.

CRAIG KOENIG, Warden,

        Respondent.

Case No. CV 18-5417-R (JEM)

**J U D G M E N T**

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 15, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE